UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARK CURRY,

      Petitioner,

v.   Case No. 03-10144
    Honorable David M. Lawson

HUGH WOLFENBARGER,

      Respondent.
_____/

## **JUDGMENT**

In accordance with the Opinion and Order entered on this date,

It is **ORDERED AND ADJUDGED** that judgment is entered for the respondent and against the petitioner. The petition is **DISMISSED WITH PREJUDICE**.

      s/David M. Lawson
      DAVID M. LAWSON
      United States District Judge

Dated: January 23, 2007

---

**PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on January 23, 2007.

      s/Felicia M. Moses
      FELICIA M. MOSES